IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
UNITED STATES OF AMERICA  )
                          )    CRIMINAL ACTION NO.
     v.                   )        2:14cr17-MHT
                          )            (WO)
SASHA WEBB                )
```

OPINION AND ORDER

This cause is before the court on the government's motion to continue. For the reasons set forth below, the court finds that jury selection and trial, now set for November 17, 2014, should be continued pursuant to 18 U.S.C. § 3161(h)(7).

While the granting of a continuance is left to the sound discretion of the trial judge, <u>United States v. Stitzer</u>, 785 F.2d 1506, 1516 (11th Cir. 1986), the court is limited by the requirements of the Speedy Trial Act, 18 U.S.C. § 3161. The Act provides in part:

> "In any case in which a plea of not guilty is entered, the trial of a defendant charged in an information or indictment with the commission

>of an offense shall commence within seventy days from the filing date (and making public) of the information or indictment, or from the date the defendant has appeared before a judicial officer of the court in which such charge is pending, whichever date last occurs."

18 U.S.C. § 3161(c)(1).  The Act excludes from the 70-day period "[a]ny period of delay resulting from other proceedings concerning the defendant".  18 U.S.C. § 3161(h)(1).  It also excludes from the 70-day period any continuance based on "findings that the ends of justice served by taking such action outweigh the best interests of the public and the defendant in a speedy trial."  18 U.S.C. § 3161(h)(7)(A).

The court concludes that the requested continuance is excluded from the 70-day speedy trial period, pursuant 18 U.S.C. § 3161(h)(1), because the delay is due to other proceedings against a defendant.  Furthermore, the court concludes that the ends of justice served by granting a continuance

outweigh the interest of the public and Webb in a speedy trial.

The government states that the parties have reached a global plea agreement that will resolve this case and another case against Webb, <u>United States v. Webb</u>, 13cr315-MHT (M.D. Ala.).  After Webb is sentenced in the other case, the government will move to dismiss the indictment in this case. Sentencing in the other case is set on December 17, 2014.  A continuance in this case until after December 17 is warranted to allow the fulfillment of the plea agreement between the parties.

***

Accordingly, it is ORDERED as follows:

(1) The government's motion for continuance (doc. no. 22) is granted.

(2) The jury selection and trial, now set for November 17, 2014, are reset for January 12, 2015, at 10:00 a.m., in Courtroom 2FMJ of the Frank M.

Johnson Jr. United States Courthouse Complex, One Church Street, Montgomery, Alabama.

DONE, this the 27th day of October, 2014.

                                        /s/ Myron H. Thompson
                                    **UNITED STATES DISTRICT JUDGE**